**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 184 MAL 2023

             Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

             v. :

              :

SEAN DONAHUE, :

             Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.